MELISSA HOLYOAK, United States Attorney (#9832)
TANNER ZUMWALT, Assistant United States Attorney (#18256)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Tanner.Zumwalt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD ALLAN JENSEN,<br><br>Defendant. | **INFORMATION**<br><br>VIOLATION:<br><br>**COUNT 1**: 26 U.S.C. § 7201<br>(Evasion of Payment)<br>　　Case: 2:26-cr-00226-1 (Jensen, Brad Allan)<br>　　Assigned To : Barlow, David<br>　　Assign. Date : 06/17/2026<br>　　Description: USA v. Jensen |

The First Assistant United States Attorney alleges:

## COUNT I
26 U.S.C. § 7201
(Evasion of Payment)

1.     From on or about the end of 2018 to on or about May 3, 2022, in the

District of Utah and elsewhere,

BRAD ALLAN JENSEN

Defendant herein, did willfully attempt to evade and defeat the payment of a Trust Fund

Recovery Penalty due and owing by him to the United States of America for the

nonpayment of federal employment taxes for the tax years 2016 and 2017, in an amount

of approximately $2 million, by committing and causing to be committed affirmative acts

of evasion, including, but not limited to, (a) prioritizing payments to other creditors; (b) filing an incorrect Form 433-A by underreporting his gross monthly wages and failing to disclose distribution payments; and (c) redirecting ownership distributions to a bank account under another person's name, but within his shared control; all in violation of 26 U.S.C. § 7201.

MELISSA HOLYOAK
United States Attorney

TANNER ZUMWALT
Assistant United States Attorney